# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 DEC -3 PM 12:00
CLERK U.S. ...
BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2796**

The person charged as <u>PETERS, Sandra Lea</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the

<u>Western</u> District of <u>Oklahoma</u> on <u>7/17/07</u> with: <u>**Title 18 Section 3583(e)(3)**</u>, in violation of:

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: <u>12/3/07</u>

_____
Kevin Bolles
CI - Deputy United States Marshal

Reviewed and Approved

DATE:

_____
Assistant United States Attorney

956417

Prob19 (3/03)

RECEIVED
JUL 17 2007
U.S. MARSHALS W/OK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

U.S.A. vs Sandra Lea Peters          Docket No.: CR 01-00200-001-L

**TO: Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Courts. |||||
| NAME OF SUBJECT: Sandra Lea Peters || SEX: Female | RACE: White/Non-Hispanic | AGE: 66 |
| ADDRESS (STREET, CITY, STATE, ZIP) 759 N. MacArthur, #74, Oklahoma City, OK 73127 |||||
| SENTENCE IMPOSED BY (NAME OF COURT) UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA |||||
| CLERK: ROBERT D. DENNIS, CLERK || (BY) DEPUTY CLERK: | | DATE: JUL 17 2007 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| NAME | (BY) | DATE |

JUL 1 7 2007

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY: _____ DEPUTY

**FILED**

JUL 1 7 2007

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY: _____ DEPUTY

Prob12C (10/99)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra Lea Peters        Case Number: CR-01-00200-001-L

Name of Judicial Officer: The Honorable Tim Leonard

Date of Original Sentence: March 28, 2002

Original Offense: Bank Robbery

Original Sentence: Fifty-one months custody of Bureau of Prisons and three years supervised release

Type of Supervision: Supervised release        Date Supervision Commenced: 3/23/05

Asst. U.S. Attorney: Timothy Ogilvie        Defense Attorney: June Tyhurst

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | 6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment; |
|  | Offender appears to have absconded supervision. On May 7, 2007, the offender called to say she was going to San Diego, California to find a place to relocate. She was having problems with a change in management at her apartment complex and they were not maintaining the apartments. She advised that she was leaving her things at the apartment and would call me upon her return, but did not plan to be gone for more than a week. This officer has made contact with her apartment manager on several occasions. Although |

her belongings remain at her apartment, she appears to have abandoned it and has not made a payment in several months. As of June 7, 2007, her manager said she will begin eviction proceedings.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2007

Melody McDaniel
Senior U.S. Probation Officer

(405) 609-5838

Reviewed by,

Derald T. Riggs
Supervising U. S. Probation Officer

Date: 7/2/07

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

7/16/07
Date

Jim Leonard
Signature of Judicial Officer

ATTEST: A true copy of the original
Robert D. Dennis, Clerk

By_____
Deputy