**JASON I. SER**
California Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: jason_ser@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plantiff, ) <br> ) <br> v. ) <br> ) <br> SANDRA LEE PETERS, ) <br> ) <br> Defendant. ) <br> ) | **NOTICE OF APPEARANCE** |

     Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                                Respectfully submitted,

Dated: December 4, 2007         *s/ Jason I. Ser*
                                             Federal Defenders of San Diego, Inc.
                                             Attorneys for Defendant
                                             jason_ser@fd.org