**JASON I. SER**
California Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: jason_ser@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR0158-JAH |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| **CLAUDIA GUERRERO-ROMERO**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov

Dated: December 4, 2007         s/ Jason I. Ser
                                **JASON I. SER**
                                Federal Defenders of San Diego, Inc.,
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467 (tel)
                                (619) 687-2666 (fax)
                                e-mail: jason_ser@fd.org