# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   SANDRA LEA PETERS       [1]        07MJ2796
                          [1]                              []

The Honorable:   RUBEN B. BROOKS

Atty   BRIDGET KENEDY OF F.D.           for   [1]   -   PDA
Atty                                    for   []    -
Atty                                    for   []    -

GVT'S ORAL MOTION TO DISMISS CASE - GRANTED.

ALL PENDING DATES VACATED. BOND EXONERATED.

Date:   12/13/07

END OF FORM                              by    VTL